Welby Miller, appellee, v. The Joliet Manufacturing Company, appellant. Gen. No. 7,608.

Execution issued out of Circuit Court on certain personal property. Claim filed by third party for property in question. Judgment for intervening claimant. Appeal from the County Court of De Witt county; the Hon. John Bedinger, Judge, presiding. Heard in this

court at the April term, 1923.  Reversed and cause remanded.  Opinion filed July 10, 1923.
A. F. Miller, for appellant.  Hoff & Hoff, for appellee.
Mr. Presiding Justice Heard delivered the opinion of the court.